AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| James Brent Jones ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:19-cv-12412 |
| Norfolk Southern Railway Company ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff James B. Jones

Date: 08/15/2019

/s/ David Q. Houbeck
*Attorney's signature*

David Q. Houbeck (P77002)
*Printed name and bar number*
Vandeveer Garzia, P.C.
840 W. Long Lake Road, Ste. 600
Troy, MI 48098

*Address*

dhoubeck@vgpclaw.com
*E-mail address*

(248) 312-2954
*Telephone number*

(248) 879-0042
*FAX number*